1014

STRESSTEK, *Appellant*, v. MOSEMAN CONSTRUCTION COMPANY, ET AL, *Respondents*.

MOSEMAN CONSTRUCTION COMPANY, *Respondent*, v. UNITED PACIFIC INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-00287-7, Robert J. Doran, J., entered April 24, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Morgan, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM NORMAN STUMPF, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 89-1-00124-5, Ted Kolbaba, J., entered August 21, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ERNESTO MELGOZA PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 90-1-50091-7, Carolyn A. Brown, J., entered June 26, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Mitchell, J. Pro Tem.